United States District Court
Southern District of Texas
**ENTERED**
July 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| T.A.,[1] | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | 3:25-cv-369 |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On November 12, 2025, this case was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Judge Edison filed a memorandum and recommendation on July 15, 2026, recommending that the Commissioner's decision be affirmed. Dkt. 18.

On July 24, 2026, the plaintiff filed objections to the memorandum and recommendation. Dkt. 19. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may

---

[1] On May 1, 2023, the Committee on Court Administration and Case Management of the Judicial Conference of the United States issued a memorandum recommending that courts adopt a local practice of using only the first name and last initial of any non-government party in Social Security opinions. This court has taken that guidance a step further in the interest of claimant's privacy and will use only initials in public opinions.

2

"accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1)   Judge Edison's memorandum and recommendation, Dkt. 18, is approved and adopted in its entirety as the holding of the court; and

(2)   The Commissioner's decision is affirmed.

SIGNED on Galveston Island this 27th day of July 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

2